CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
ADAM N. GREENWAY, Special Assistant United States Attorney (KY#91137)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Email:  adam.greenway@usdoj.gov
Telephone:  (801) 524-5682  •  Facsimile:  (801) 325-3387

FILED
U.S. DISTRICT COURT
2014 AUG 26  D 3: 55
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| Plaintiff, | |
| vs. | VIO. 8 U.S.C. § 1326 |
| OSNIN NOEL QUINTANILLA-MELENDEZ; aka CESAR AUGUSTO; aka NOEL NAVARJO-MELENDEZ; aka NOEL MELENDEZ; aka NOEL MELENDEZ-NAVARRO; aka NOEL NAVARRO-QUINTERO; aka CARLOS RAMIREZ I. PEREZ; aka CARLOS NAVARRO; aka OSNY NOE MELENDEZ; aka OSNIN NOEL MELENDEZ; aka CARLOS RODRIGUEZ-RIMEREZ; aka OSNIN QUINTANILLA-MELENDEZ; aka OSNIN QUINTANILLA-MARTINEZ, | (REENTRY OF A PREVIOUSLY REMOVED ALIEN)<br><br>Case: 2:14cr00447<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 8/26/2014<br>Descrip: USA v QuintanillaMelendez |
| Defendant. | |

The United States Attorney charges:

## COUNT I

On or about July 19, 2014, in the Central Division of the District of Utah,

OSNIN NOEL QUINTANILLA-MELENDEZ; aka CESAR AUGUSTO; aka NOEL NAVARJO-MELENDEZ; aka NOEL MELENDEZ; aka NOEL MELENDEZ-NAVARRO; aka NOEL NAVARRO-QUINTERO; aka CARLOS RAMIREZ I. PEREZ; aka CARLOS NAVARRO; aka OSNY NOE MELENDEZ; aka OSNIN NOEL MELENDEZ; aka CARLOS RODRIGUEZ-RIMEREZ; aka OSNIN QUINTANILLA-MELENDEZ; aka OSNIN QUINTANILLA-MARTINEZ,

the defendant herein, an alien who on or about September 13, 2012, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 26 day of August, 2014.

CARLIE CHRISTENSEN
Acting United States Attorney

_____
ADAM N. GREENWAY
Special Assistant United States Attorney

2.